UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VILAYCHITH KHOUANMANY,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SHAWN HINTON, DDS, et al.,<br><br>　　　　Defendants. | No. 5:23-cv-02190-JFW (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Third Amended Complaint (Dkt. 16, "TAC") filed by Vilaychith Khouanmany ("Plaintiff"); the Order re TAC issued by the assigned magistrate judge (Dkt. 18); Plaintiff's Notice of Election electing to proceed solely on the claims against Defendants Shawn Hinton, DDS, and Nurse Esther Babalola in the TAC, voluntarily dismissing all other claims and defendants (Dkt. 20); the magistrate judge's Order re Notice of Election (Dkt. 21); the Motion to Dismiss the TAC filed by Defendant Esther Babalola (Dkt. 28, "Motion to Dismiss"); the Orders by the magistrate regarding briefing on the Motion to Dismiss and service of process (Dkt. 24, 25, 29, 33); and the Report and Recommendation of the assigned magistrate judge issued on

December 9, 2024 (Dkt. 24, "Report"). No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that:

1. The Motion (Dkt. 28) filed by Defendant Esther Babalola is GRANTED;
2. Judgment shall be entered dismissing with prejudice all claims asserted by Plaintiff against Defendant Esther Babalola and dismissing without prejudice all claims asserted by Plaintiff against Defendant Shawn Hinton, DDS.

Dated: January 14, 2025

_____
JOHN F. WALTER
United States District Judge