JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VILAYCHITH KHOUANMANY, | No. 5:23-cv-02190-JFW (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| SHAWN HINTON, DDS, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge and the prior orders of this Court,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is DISMISSED with prejudice as to all claims and all defendants, except for claims asserted against Defendant Shawn Hinton, DDS, which are dismissed without prejudice.

Dated: January 14, 2025

JOHN F. WALTER
United States District Judge